IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01936-PAB-KLM

UNITED STATES OF AMERICA for the use of Brannan Sand and Gravel Co., LLC,

    Plaintiff/Counter Defendant,

v.

GRAY CONSTRUCTION, INC., and
TRAVELER'S CASUALTY and SURETY COMPANY OF AMERICA,

    Defendants/Cross Defendants,

v.

ALL PHASE CONCRETE CONSTRUCTION, INC.,

    Defendant/Cross Claimant/Counter Claimant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on a **Stipulated Motion for Modification of Scheduling Order** [Docket No. 42; Filed May 26, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The discovery cutoff date for depositions only shall be extended until 30 days after the resolution of Defendants' Motion to Dismiss or Transfer Venue Pursuant to Fed. R. Civ. P. 12(b)(3) [Docket No. 39]. The dispositive motions deadline is extended to 45 days after the ruling on the Motion to Dismiss. Counsel shall notify the Court of the decision on the Motion to Dismiss within 10 days of its issuance.

Dated: May 27, 2010