IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 09-cv-01936-PAB-KLM

UNITED STATES OF AMERICA for the use of All Phase Concrete Construction, Inc.,

    Plaintiff,

v.

GRAY CONSTRUCTION, INC. and
TRAVELERS CASUALTY and SURETY COMPANY OF AMERICA,

    Defendants.
_____

**ORDER OF DISMISSAL WITH PREJUDICE
AS TO BRANNAN SAND AND GRAVEL CO., LLC**
_____

    THIS MATTER comes before the Court upon the Stipulation for Dismissal With Prejudice as to Brannan Sand & Gravel Co., LLC [Docket No. 45]. The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted in this matter by or against Brannan Sand & Gravel Co., LLC are dismissed with prejudice, with each party to bear its own attorneys' fees and costs. It is further

    **ORDERED** that the caption of this case shall be amended as reflected in the caption in this Order. The parties shall be realigned as follows: former defendant and cross-claim plaintiff United States of America for the use of All-Phase Concrete Construction, Inc. shall now be plaintiff. Former defendants and cross-claim defendants Gray Construction, Inc. and Travelers Casualty and Surety Company of America shall now be defendants.

DATED July 7, 2010.

           BY THE COURT:

           s/Philip A. Brimmer
           PHILIP A. BRIMMER
           United States District Judge