IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01936-PAB-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GRAY CONSTRUCTION, INC., and
TRAVELER'S CASUALTY AND SURETY COMPANY OF AMERICA, and
ALL-PHASE CONCRETE CONSTRUCTION, INC.,

    Defendants.

and

UNITED STATES OF AMERICA for the use of
ALL-PHASE CONCRETE CONSTRUCTION, INC.,

    Cross Claim Plaintiff,

v.

GRAY CONSTRUCTION, INC., and
TRAVELER'S CASUALTY AND SURETY COMPANY OF AMERICA,

    Cross Claim Defendants.

_____

## ORDER GRANTING STAY
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on a **Stipulated Motion to Stay Pending Arbitration** [Docket No. 47; Filed June 18, 2010] (the "Motion").

Stays are generally disfavored in this District. *See Wason Ranch Corp. v. Hecla Mining Co.*, No. 07-cv-00267-EWN-MEH, 2007 WL 1655362, at *1 (D. Colo. June 6, 2007) (unpublished decision). However, a stay may be appropriate in certain circumstances. The

Court weighs several factors in making a determination regarding the propriety of a stay. *See String Cheese Incident, LLC v. Stylus Show, Inc.*, No. 02-cv-01934, 2006 WL 894955, at * 2 (D. Colo. Mar. 30, 2006) (unpublished decision) (denoting a five-part test). The Court considers (1) the interest of Plaintiff; (2) the burden on Defendants in going forward; (3) the Court's convenience; (4) the interest of nonparties, and (5) the public interest in general. *Id.*

There is no dispute between the parties on the need for arbitration. They assert that a Subcontract Agreement involving Gray Construction, Inc. and All-Phase Concrete Construction, Inc. contains a dispute resolution provision which requires arbitration. All parties request that the case be stayed. The Court will not be inconvenienced by the stay because it may lead to a more expeditious resolution of this case. The Court also finds that any interest of non-parties and the public interest in this case do not outweigh the factors favoring a stay. For these reasons,

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The case is **STAYED** pending the completion of arbitration.

IT IS FURTHER **ORDERED** that upon resolution of the arbitration, the parties are directed to file a joint status report.

Dated: July 12, 2010

BY THE COURT:

 s/ Kristen L. Mix
U.S. Magistrate Judge