THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 09-cv-01936-PAB-KLM

UNITED STATES OF AMERICA for the use of All Phase Concrete Construction, Inc.,

    Plaintiff,

v.

GRAY CONSTRUCTION, INC. and
TRAVELERS CASUALTY and SURETY COMPANY OF AMERICA,

    Defendants.
_____

**ORDER**
_____

On July 12, 2010, United States Magistrate Judge Kristen L. Mix granted the parties' Stipulated Motion to Stay Pending Arbitration [Docket No. 47] and stayed this case pending the completion of arbitration.  Furthermore, in their motion, the parties stipulated that defendant Gray Construction, Inc.'s motion to dismiss or to transfer venue pursuant to Fed. R. Civ. P. 12(b)(3) [Docket No. 39] is moot.  Therefore, it is

**ORDERED** that defendant Gray Construction, Inc.'s motion to dismiss or to transfer venue pursuant to Fed. R. Civ. P. 12(b)(3) [Docket No. 39] is denied as moot.  It is further

**ORDERED** that the case will be administratively closed pursuant to D.C.COLO.LCivR 41.2 in lieu of the stay.  The parties may seek to reopen the case upon a showing of good cause.  In the absence of such a showing or a request to extend the administrative closure, this case will be dismissed without further notice to the parties one year from the date of this order.

DATED November 15, 2010.

                                                    BY THE COURT:

                                                s/ Philip A. Brimmer
                                                PHILIP A. BRIMMER
                                                United States District Judge